## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL McCREARY, | ) | 3:10-CV-0126-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 4, 2011 |
| JOANNE MALONE, et al., | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On December 29, 2010, the District court dismissed this action with prejudice (#27) and judgment was entered accordingly (#29).  Therefore, plaintiff's motion to submit into evidence/discovery (#31) is **DENIED.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:            /s/
                Deputy Clerk